Submitted March 5, affirmed April 14, 2021

In the Matter of the Marriage of

Jessica Le SACCHI,
nka Jessica Pratt, aka Jessica L. Pratt,
*Petitioner-Appellant,*
*and*

Derek Alan SACCHI,
aka Derek A. Sacchi,
*Respondent-Respondent.*

Jackson County Circuit Court
095401D3; A173382

485 P3d 312

Timothy C. Gerking, Judge.

Jessica Sacchi-Pratt filed the brief *pro se*.

Jamie L. Hazlett filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

## PER CURIAM

In this domestic relations matter, wife appeals a supplemental judgment regarding custody, parenting time, and child support, raising four assignments of error. But wife has not supplied us with transcripts of the relevant oral proceedings, making it impossible to perform our review function. As it was wife's responsibility to supply an adequate record, we affirm for that reason. *See State v. Y. B.*, 296 Or App 781, 785, 439 P3d 1036 (2019) (discussion of an appellant's burden to supply court with adequate record on which to perform review function).

Affirmed.